Andrew S. Nemeth, SBN: 015509
Morgan B. McCain, SBN: 025878
**LERNER & ROWE LAW GROUP**
2701 East Camelback Road, Suite 185
Phoenix, Arizona 85016
Phone: (602) 667-7777
Fax:   (602) 667-8183
Email: anemeth@larlg.com
       mmccain@larlg.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | |
|---|---|
| REY OMAR ALVAREZ and ANABEL RAMOS DE ALVAREZ, Debtors. | Chapter 13<br><br>Case No.: 4:20-bk-08061-BMW<br><br>**NOTICE AND REQUEST TO TRUSTEE TO BEGIN ADEQUATE PROTECTION PAYMENTS** |

The Debtors, REY OMAR ALVAREZ and ANABEL RAMOS DE ALVAREZ by and through counsel, hereby request that the Trustee begin the monthly adequate protection payments of $135.00 per month to TUCSON FEDERAL CREDIT UNION on the 2008 BMW 328i.

DATE:  January 18, 2021          LERNER & ROWE LAW GROUP


                                 By: */s/ Morgan B. McCain, SBN: 025878*
                                     Andrew S. Nemeth, SBN: 115509
                                     Morgan B. McCain, SBN: 025878
                                     2701 E. Camelback Road, Suite 185
                                     Phoenix, AZ 85016
                                     Attorneys for Debtors

| | |
|---|---|
| 1 | Copy of the foregoing sent via first class mail and/or email this |
| 2 | 13th day of January 2021 to: |
| 3 | Dianne C. Kerns, Trustee |
| 4 | 31 N. 6th Avenue #105-152<br>Tucson, AZ 85701 |
| 5 | mail@dcktrustee.com |
| 6 | By: */s/ Morgan B. McCain* |
| 7 | Morgan B. McCain |